# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.                                                                    Case No.  8:12-cv-117-T-30AEP

THOMAS L. RAIF,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal of Action Without Prejudice (Dkt. #10).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2012.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-117.dismiss 10.wpd